# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT VADOVSKY,** | **: CIVIL ACTION NO. 3:08-CV-1415** |
| **Plaintiff** | **: (Judge Conner)** |
| v. | : |
| **JEFFREY S. TREAT and LAW OFFICES OF JEFFREY S. TREAT**, | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 30th day of June, 2010, upon consideration of the report (Doc. 54) of the magistrate judge, recommending that defendants' motion (Doc. 47) for summary judgment be granted, and it appearing that the report (Doc. 54) was filed on June 11, 2010, that objections to the report were due on or before June 28, 2010, and that plaintiff Robert Vadovsky ("Vadovsky") transmitted a letter (Doc. 54) to the court on June 18, 2010 requesting additional time within which to file objections, it is hereby ORDERED that Vadovsky's letter (Doc. 54) is CONSTRUED as a motion for extension of time and is GRANTED as so construed. On or before July 12, 2010 Vadovsky may file objections to the magistrate judge's report.

                                                   S/ Christopher C. Conner
                                                   CHRISTOPHER C. CONNER
                                                   United States District Judge