# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT VADOVSKY,** | : | **CIVIL ACTION NO. 3:08-CV-1415** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JEFFREY S. TREAT and LAW OFFICES OF JEFFREY S. TREAT**, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 19th day of July, 2010, upon consideration of the motion (Doc. 58) to strike plaintiff's brief in opposition to motion for summary judgment, filed by defendants Jeffrey S. Treat and Law Offices of Jeffrey S. Treat (collectively, "defendants"), wherein defendants seek to strike the brief (Doc. 57) in opposition to the motion (Doc. 47) for summary judgment, which was filed by plaintiff Robert Vadovsky ("Vadovsky") on July 13, 2010, and it appearing that defendants moved for summary judgment on October 23, 2009, (see Doc. 47), that Vadovsky opposed that motion on November 6, 2009, (see Doc. 50), and that the magistrate judge issued a report on June 11, 2010, recommending that summary judgment be granted in defendants' favor, (see Doc. 54), and it further appearing that Vadovsky requested an extension of time within which to file objections to the magistrate judge's report on June 30, 2010, (see Docs. 55-56), but instead filed a motion opposing summary judgment on July 13, 2010, (see Doc. 57), and concluding that Vadovsky's July 13, 2010 brief in opposition to the motion for summary judgment is

untimely, see L.R. 7.6 (explaining that a brief in opposition to any motion must be filed within fourteen days after service of the movant's brief), it is hereby ORDERED that:

1. The motion (Doc. 58) to strike plaintiff's brief in opposition to motion for summary judgment is GRANTED.

2. The brief (Doc. 57) in opposition to defendants' motion for summary judgment is STRICKEN.

3. On or before July 19, 2010, Vadovsky may file objections to the report and recommendation (Doc. 54) of the magistrate judge.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge